UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:13-CR-00025-D

| UNITED STATES, | ) | |
| --- | --- | --- |
| PLAINTIFF | ) | |
| | ) | ORDER |
| v. | ) | |
| | ) | |
| ELIAN ROJO, | ) | |
| DEFENDANT | ) | |

This matter coming before the Court on Defendant's Motion to Seal Prior Motion to Seal [D.E. 41], and for good cause shown, it is hereby

**ORDERED** that the Motion to Seal [D.E. 41] and orders following from that Motion shall remain under seal until further order of the Court.

SO ORDERED. This 18 day of October 2013.

JAMES C. DEVER III
Chief United States District Judge